**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

**Susan Bellerby**

Debtor

: Chapter 13
:
: Bankruptcy No. 19-15684-mdc

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW,** this 6th day of November, 2020 upon consideration of the Motion to Dismiss filed by William C. Miller, Standing Trustee,

**ORDERED**, that this case is dismissed; and it is further

**ORDERED,** that any wage orders are hereby VACATED; and it is further

**ORDERED**, that in light of the Consent Order previously entered in this matter by and among the standing trustee, the debtor will be barred from filing any case for Twenty-Four (24) months following a dismissal without court approval, in accordance with the express terms of such ORDER.

**BY THE COURT**

*Magdeline D. Coleman*

**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**

cc:
Susan Bellerby
914 State Road
Croydon, PA 19021

BRAD J. SADEK
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

William C. Miller, Esquire
Office of the Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

Office of the U.S. Trustee
833 Chestnut Street – Suite 500
Philadelphia, PA 19107